UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 22601
   IRWIN JOSEPH JONES JR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
      Debtor
   SSN XXX-XX-5484
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/07/05 and confirmed on 08/11/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14000.00 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 5589.57 | .00 | 5589.57 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4243.73 | .00 | 4243.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 749.14 | .00 | 749.14 |
| NUMARK CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 10582.44 | .00 | 10582.44 |
| PRINCIPAL PAID | .00 | .00 | 10582.44 | .00 | 10582.44 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10582.44 | .00 | 10582.44 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    546.06 .

Refunds to the Debtor totaled $    171.50 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/10/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                               PAGE   2
     CASE NO. 05 B 22601 IRWIN JOSEPH JONES JR
```